UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWARD E. JEMISON,<br><br>           Petitioner,<br><br>    vs.<br><br>STANLEY KNIGHT,<br><br>           Respondent. | )<br>)<br>)<br>)   No. 1:06-cv-821-DFH-WTL<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

*[signature: David F. Hamilton]*

DAVID F. HAMILTON, Judge
United States District Court

Date: 09/27/2006

Laura Briggs, Clerk
United States District Court

*[signature: Charles E. Bruess]*

   Deputy Clerk, U.S. District Court

Distribution:

Edward E. Jemison
DOC # 850546
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770